UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ASHRAF SALAH, | |
| Plaintiff, | Case No. 1:21-cv-00642 |
| v. | Honorable Judge Steven C. Seeger |
| SWIFTFUNDS FINANCIAL SERVICES, LLC, | |
| Defendant. | |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

**NOW COMES** Ashraf Salah ("Plaintiff"), by and through his attorneys, and in support of his Notice of Voluntary Dismissal without Prejudice, states as follows:

Plaintiff, pursuant to settlement and Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses his claims against Swiftfunds Financial Services, LLC, with each party to bear its own costs and attorneys' fees.

Dated: February 8, 2021                     Respectfully Submitted,

/s/ Omar T. Sulaiman
Omar T. Sulaiman
Sulaiman Law Group, Ltd.
2500 S. Highland Avenue, Suite 200
Lombard, IL 60148
(630) 575-8181
osulaiman@sulaimanlaw.com
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

    I, Omar T. Sulaiman, an attorney, certify that on February 8, 2021, the foregoing document was filed electronically using the Court's CM/ECF system, which will accomplish service on all counsel of record.

/s/ Omar T. Sulaiman