# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Ashraf Salah

                                         Plaintiff,

v.                                                          Case No.: 1:21−cv−00642

                                                                          Honorable Steven C. Seeger

SwiftFunds Financial Services, LLC

                                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 9, 2021:

      MINUTE entry before the Honorable Steven C. Seeger: Based upon the Notice of Voluntary Dismissal (Dckt. No. [7]), this case is dismissed without prejudice. Each party shall bear its own costs and attorney's fees. All pending deadlines and hearings are stricken. Civil case terminated. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.